# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA FRIAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 20:-cv-0097 JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 16) |

On Septmeber 9, 2020, the parties stipulated for Plaintiff to have an extension of time to file an opening brief. (Doc. 16) Notably, the Scheduling Order provides for a single extension of thirty days by stipulation of the parties (*see* Doc. 5 at 3), and the requested extension complies with the terms of the Scheduling Order. Accordingly, the Court **ORDERS**:

　　1.　　The motion for an extension of time (Doc. 16) is **GRANTED**; and

　　2.　　Plaintiff **SHALL** file her opening brief no later than **October 23, 2020**.

IT IS SO ORDERED.

　Dated:　**September 9, 2020**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1