UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA FRIAS,<br><br>       Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:20-cv-0097 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 26) |

On August 2, 2021, Margarita Frias and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees in the amount of $5,500.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 26) Accordingly, the Court **ORDERS:** Subject to the terms of the stipulation: Plaintiff is **AWARDED** fees in the amount of $5,500.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

    Dated: **August 2, 2021**                **/s/ Jennifer L. Thurston**
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).